JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| XIAOJING HUANG, | ) | Case No. CV 24-0508 FMO (KSx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| DAVID RADEL, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 2nd day of July, 2024.

/s/
Fernando M. Olguin
United States District Judge